# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **NATASHA QUIATES, individually and on behalf of all others similarly situated,**<br><br>    Plaintiff<br><br>**v.**<br><br>**EVOLVE BANK & TRUST**<br><br>    Defendant | Case No. 3:24-cv-00114-KGB<br><br>**CLASS ACTION** |

## MOTION TO WITHDRAW

Scout Snowden, of Poynter Law Group, PLLC, moves to withdraw as counsel for Natasha Quiates in this action. In support of his motion, undersigned counsel states:

1. Scout Snowden has accepted an offer of employment with the State of Arkansas and will be leaving Poynter Law Group effective August 30, 2024.

2. Natasha Quiates will continue to be represented by Poynter Law Group and Srourian Law Firm, P.C.

3. Accordingly, this withdrawal will not prejudice any party in this case.

WHEREFORE, Scout Snowden respectfully requests that the Court grant his motion to withdraw as counsel for Natasha Quiates, who will continue to be represented by Poynter Law Group and Srourian Law Firm.

DATED: August 29, 2024               Respectfully submitted,

_____
Scout Snowden, Ark. Bar No. 2021210
**POYNTER LAW GROUP, PLLC**
4924 Kavanaugh Blvd.
Little Rock, AR 72207
scout@poynterlawgroup.com
(501) 812-3943

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of August 2024, I filed the foregoing document with the Court's electronic filing system, which in turn will automatically serve all counsel of record.

                         /s/ Scout Snowden
                         _____
                         Scout Snowden