# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NATASHA QUIATES,**
**individually and on behalf**
**of all others similarly situated**                                                       **PLAINTIFF**

**v.**                              **Case No. 3:24-cv-00114-KGB**

**EVOLVE BANK & TRUST**                                                           **DEFENDANT**

## ORDER

Before the Court is Scout Snowden's motion to withdraw as counsel for plaintiff Natasha Quiates, individually and on behalf of all others similarly situated in this matter (Dkt. No. 5). Mr. Snowden states that he will be leaving Poynter Law Group effective August 30, 2024, and Ms. Quiates will continue to be represented by other counsel of record (*Id*., ¶ 2). For good cause shown, the Court grants Mr. Snowden's motion to withdraw as counsel for Ms. Quiates (Dkt. No. 5). The Court directs the Clerk of the Court to terminate Mr. Snowden as counsel of record for Ms. Quiates.

So ordered this 3rd day of September, 2024.

                                                          *Kristine G. Baker*
                                                          Kristine G. Baker
                                                          Chief United States District Judge