IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATASHA QUIATES,
individually and on behalf
of all others similarly situated                                                       PLAINTIFF

v.                          Case No. 3:24-cv-00114-KGB

EVOLVE BANK & TRUST                                                         DEFENDANT

## ORDER

Before the Court is Evolve Bank & Trust's ("Evolve") motion to stay proceedings pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on pending motion for transfer under 28 U.S.C. § 1407 (Dkt. No. 11). Evolve asks the Court to postpone all current deadlines until the JPML resolves the motion to transfer and centralize related actions pursuant to 28 U.S.C. § 1407 pending in *In re Evolve Bank & Trust Customer Data Security Breach Litigation*, MDL No. 3127 (*Id.*). Evolve states that the JPML will hear the motion on September 26, 2024 (*Id.*). Plaintiff Natasha Quiates has responded to Evolve's motion with a notice that she does not oppose Evolve's motion to stay (Dkt. No. 13). For good cause shown, the Court will grant a temporary stay of proceeding in this case until October 10, 2024, to permit the JPML time to consider the motion to transfer. Evolve shall provide the Court with a status report on or before October 10, 2024, to update the Court on the proceedings before the JPML and the status of the pending motion to transfer.

So ordered this 20th day of September, 2024.

                                                                _____
                                                                 Kristine G. Baker
                                                                 Chief United States District Judge